# United States Court of Appeals for the Federal Circuit

November 26, 2019

**ERRATA**

Appeal No. 2019-1050

**VIRNETX INC., LEIDOS, INC., FKA SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,**
*Plaintiffs-Appellees*

**v.**

**APPLE INC.,**
*Defendant-Appellant*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**VIRNETX INC.,**
*Plaintiff-Appellee*

**v.**

**APPLE INC.,**
*Defendant-Appellant*

Decided: November 22, 2019
Non-Precedential Opinion

Please make the following changes:

On page 15, line 13, "How" is changed to "Deciding how"

On page 31, line 6, "We remand" is changed to "We vacate the damages award and remand"

On page 31, line 9, after "REVERSED IN PART," "VACATED IN PART," is added